UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMANUEL SASSANI,

        Plaintiff,

    v.

WALSH CONSTRUCTION COMPANY II, LLC,

        Defendant.

Case No.  21-cv-03070-KAW

**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**

Re: Dkt. No. 17

      On October 26, 2021, the parties attended a settlement conference, at which the case settled.  (Dkt. No. 17.) Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

      The Court VACATES the January 11, 2022 case management conference.

      IT IS SO ORDERED.

Dated: October 27, 2021

_____

KANDIS A. WESTMORE
United States Magistrate Judge